# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANICE STAPLES, o/b/o C.L.S., a minor child,<br><br>      Plaintiff<br><br>                    v.<br><br>JOANNE B. BARNHART,<br>Commissioner Of Social Security<br><br>      Defendant. | Civil No. C04-5747FDB<br><br>**ORDER AWARDING EAJA FEES AND EXPENSES** |

Plaintiff having filed an Application EAJA fees and costs, and Defendant having filed a response stating no objection to the request, it is hereby ORDERED that Plaintiff is awarded attorney fees in the amount of $5,988.50 and expenses in the amount of $13.95 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $150.00 as provided by 28 U.S.C. § 1920.  The award shall be made payable to Plaintiff's counsel, Larry E. Juday, and forwarded to the following address:

>       Larry E. Juday
>       Attorney at Law
>       PO Box 388
>       Vancouver, WA  98666

Dated this 1st day of March 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER (C04-5747FDB)

ORDER (C04-5747FDB)